1  ERIK F. STIDHAM, CSB #15623
   TEAGUE I. DONAHEY, CSB #197531
2  HOLLAND & HART LLP
   800 W. Main Street, Suite 1750
3  P.O. Box 2527
   Boise, ID 83701-2527
4  Telephone:    208.342.5000
   Facsimile: 208.343.8869
5  efstidham@hollandhart.com
   tidonahey@hollandhart.com
6
7  Attorneys for High 5 Games, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re Subpoena Of<br><br>Google LLC | Case No. CV20-mc-80058-SVK<br><br>Assigned for All Purposes to:<br>Judge Susan Van Keulen<br><br>Action Filed: March 6, 2020<br><br>**HIGH 5 GAMES, LLC'S RESPONSE TO PLAINTIFF'S MOTION (1) TO COMPEL PRODUCTION OF DOCUMENTS BY THIRD PARTY GOOGLE LLC, AND (2) FOR TRANSFER MOTION TO WESTERN DISTRICT OF WASHINGTON PURSUANT TO FED. R. CIV. P. 45(F)** |
| **Underlying Case**<br><br>SEAN WILSON, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>   v.<br><br>PTT, LLC, a Delaware Limited Liability Company d/b/a High 5 Games, LLC, a Delaware Limited Liability Company,<br><br>      Defendant. | No. 18-cv-5275 (W.D. Wash.) |

The complaint in the underlying litigation was filed as a putative class action and relates to Plaintiff Sean Wilson's $1.99 in-app purchase in one of Defendant High 5's social video games. In-app purchases relating to High 5's social video games are made through Google LLC's online platform. Through the subpoena to Google LLC (the "Subpoena") at issue here, Wilson seeks to obtain confidential information relating to High 5's financial and customer data without limitation as to relevant social video game application, time period, or geographical location. Accordingly, High 5 filed a Motion for Protective Order relating to the Subpoena, currently pending before the Western District of Washington, in the underlying litigation. Wilson's counsel agreed to refrain from reviewing any production while High 5's Motion for Protective Order was pending in the underlying litigation in the Western District of Washington. Declaration of Erik F. Stidham ("Stidham Decl."), ¶ 2, Ex. A. Counsel for Wilson filed the pending Motion to Compel and Transfer on March 6, 2020 without providing notice to High 5's counsel until five days after filing. ECF No. 1.; Stidham Decl., ¶ 3.

High 5's objections to the Subpoena are memorialized in High 5's Motion for Protective Order. The briefs are in the record before this Court at ECF No. 1-1. Wilson omitted the evidence on which High 5's Motion for Protective Order rests and which Wilson never attempted to rebut. High 5 submits it concurrently with this Response. Stidham Decl., Ex. B (Declaration of Philip Welty). As indicated in High 5's briefing and supporting evidence, Wilson's subpoena improperly seeks information from Google which should not be disclosed in this litigation. Accordingly, Google should not produce, and Plaintiff should not be allowed to compel, production of information unless and until the pending Motion for Protective Order is resolved in the Western District of Washington. Any order on the Motion to Compel should incorporate the forthcoming decision on High 5's Motion for Protective Order pending before the court in the Western District of Washington.

Alternatively, High 5 is not opposed to this Court transferring this matter to the Western District of Washington in order to allow the Court in the underlying matter to resolve any motion

HIGH 5 GAMES, LLC'S RESPONSE TO PLAINTIFF'S MOTION (1) TO COMPEL PRODUCTION OF DOCUMENTS BY THIRD PARTY GOOGLE LLC, AND (2) FOR TRANSFER MOTION TO WESTERN DISTRICT OF WASHINGTON PURSUANT TO FED. R. CIV. P. 45(F) -2-
Case No. CV20-mc-80058-SVK

to compel against Google in a way that is in line with its forthcoming ruling on High 5's Motion for Protective Order.

Dated:  March 26th, 2020                                HOLLAND & HART LLP

                                                    */S/ ERIK F. STIDHAM*
                                           By:    Erik F. Stidham, of the firm

                                                    Attorney for High 5 Games, LLC

**HIGH 5 GAMES, LLC'S RESPONSE TO PLAINTIFF'S MOTION (1) TO COMPEL PRODUCTION OF DOCUMENTS BY THIRD PARTY GOOGLE LLC, AND (2) FOR TRANSFER MOTION TO WESTERN DISTRICT OF WASHINGTON PURSUANT TO FED. R. CIV. P. 45(F) -3-**
Case No. CV20-mc-80058-SVK

## PROOF OF SERVICE

I, the undersigned, declare that I am employed in the County of Ada, State of Idaho; I am over the age of eighteen years and am not a party to this action; my business address is 800 West Main Street, Suite 1750, Boise, Idaho 83702; I am employed in the office of a member of the bar of this Court at whose direction I served a copy, including all exhibits, if any, on March 26, 2020, of the following document(s):

**HIGH 5 GAMES, LLC'S RESPONSE TO PLAINTIFF'S MOTION (1) TO COMPEL PRODUCTION OF DOCUMENTS BY THIRD PARTY GOOGLE LLC, AND (2) FOR TRANSFER MOTION TO WESTERN DISTRICT OF WASHINGTON PURSUANT TO FED. R. CIV. P. 45(F)**

By Electronically Serving Using CM/ECF System: I have caused the above-mentioned document(s) to be electronically served using CM/ECF system which will send notification of such filing to the following email address(es):

| | |
|---|---|
| Todd Logan | tlogan@edelson.com |
| Rafey S. Balabanian | rbalabanian@edelson.com |
| Brandt Silver-Korn | bsilverkorn@edelson.com |
| EDELSON PC | |
| 123 Townsend St Ste 100 | |
| San Francisco CA  94107 | |
| Tel: (415) 638-9660 | |
| | |
| Mark D. Flanagan | mark.flanagan@wilmerhale.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 950 Page Mill Road | |
| Palo Alto, California 94304 | |
| Telephone: +1 650 858-6047 | |
| Facsimile: +1 650 858-6100 | |
| | |
| Erin M. Ladd | erin.ladd@wilmerhale.com |
| WILMER CUTLER PICKERING HALE AND DORR LLP | |
| 950 Page Mill Road | |
| Palo Alto, California 94304 | |
| Telephone: +1 650 858-6059 | |
| Facsimile: +1 650 858-6100 | |

                                                */s/ Stacy Gust*
                                                Stacy Gust, Legal Secretary