1
2
3
4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **In re Subpoena Of**<br><br>**GOOGLE LLC** | Case No. 5:20-mc-80058-SVK<br><br>**PLAINTIFF'S STATEMENT OF RECENT DECISION** |
| **Underlying Case**<br><br>Sean WILSON, Individually and on Behalf of All Others Similarly Situated,<br><br>    *Plaintiff*,<br><br>  v.<br><br>PTT, LLC, a Delaware Limited Liability Company d/b/a High 5 Games, LLC, a Delaware Limited Liability Company;<br><br>    *Defendant*. | No. 18-cv-5275 (W.D. Wash.) |

Plaintiff Sean Wilson ("Plaintiff"), by and through his undersigned counsel, pursuant to LCR 7-3(d)(2), respectfully apprises the Court of a relevant opinion entered today in the underlying action. The Western District of Washington's Order on Motions for Protective Order in *Wilson v. PTT, LLC*, No. 18-cv-5275, Dkt 132 (W.D. Wash. April 6, 2020) is attached hereto as Exhibit 1.

DATED this 6th day of April, 2020.

By: /s/ Todd Logan
Rafey S. Balabanian*
rbalabanian@edelson.com
Todd Logan*
tlogan@edelson.com
Brandt Silver-Korn*
bsilverkorn@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.9300
Fax: 415.373.9435

*Attorneys for Plaintiff Sean Wilson*