
1  Mark D. Flanagan (SBN: 130303)
   mark.flanagan@wilmerhale.com
2  Erin M. Ladd (SBN: 312532)
   erin.ladd@wilmerhale.com
3  WILMER CUTLER PICKERING
      HALE AND DORR LLP
4  950 Page Mill Road
   Palo Alto, California 94304
5  Telephone: +1 650 858-6000
   Facsimile: +1 650 858-6100
6
7  Jonathan Cedarbaum (*pro hac vice forthcoming*)
   jonathan.cedarbaum@wilmerhale.com
8  WILMER CUTLER PICKERING
      HALE AND DORR LLP
9  1875 Pennsylvania Avenue NW
   Washington, DC 20006
10 Telephone: +1 202 663-6000
   Facsimile: +1 202 663-6363
11
12 *Attorneys for Third Party Google LLC*

Rafey S. Balabanian
rbalabanian@edelson.com
Todd Logan
tlogan@edelson.com
Brandt Silver-Korn
bsilverkorn@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.93001
Fax: 415.373.9435

*Attorneys for Plaintiff Sean Wilson*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re Subpoena of<br><br>GOOGLE LLC | Case No. 5:20-MC-80058-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION (1) TO COMPEL PRODUCTION OF THIRD-PARTY DOCUMENTS AND (2) FOR TRANSFER OF MOTION TO WESTERN DISTRICT OF WASHINGTON** |

**Underlying Case**

Sean WILSON, Individually and on Behalf of All Others Similarly Situated,

     *Plaintiff,*

 v.

PTT, LLC, a Delaware Limited Liability Company d/b/a High 5 Games, LLC, a Delaware Limited Liability Company;

     *Defendant.*

No. 18-CV-5275 (W.D. Wash.)

This Stipulation is made by and between third party Google LLC ("Google") and Plaintiff Sean Wilson ("Plaintiff") (collectively, the "Parties"), by and through their respective counsel, and is based on the following facts.

1. On or about January 14, 2020, Google was served with a subpoena issued by Plaintiff regarding the underlying action ("Subpoena").

2. On or about January 23, 2020, Google issued objections to the Subpoena to Plaintiff.

3. On or about February 18, 2020, counsel for Plaintiff and Google had a telephonic meet and confer regarding the requests in the Subpoena. Plaintiff withdrew requests three through five in the Subpoena, and discussions over the remaining requests continued.

4. On March 6, 2020, which was the class certification fact discovery deadline in the underlying action in the Western District of Washington, Plaintiff filed the Motion (1) To Compel Production Of Documents By Third Party Google LLC, and (2) For Transfer Motion To Western District Of Washington Pursuant To Fed. R. Civ. P. 45(F) ("Motion").

5. On March 10, 2020, Plaintiff served the Motion on Google.

6. On March 17, 2020, the Parties met and conferred further regarding the Subpoena and the requests at issue in the Motion.

7. On March 19, 2020, the Court granted the Parties' stipulation to extend Google's time to respond to the Motion to March 31, 2020.

8. On March 24, 2020, the Parties met and conferred further regarding the Subpoena and the requests at issue in the Motion.

9. On March 26, 2020, the Court granted the Parties' stipulation to extend Google's time to respond to the Motion to April 7, 2020.

10. On March 31, 2020, and April 2, 2020, the Parties met and conferred further regarding the Subpoena and the requests at issue in the Motion.

11. On April 6, 2020, the Court granted the Parties' stipulation to extend Google's time to respond to the Motion to April 14, 2020.

12. In line with the parties' meet-and-confer discussions, Google continued to search for

and prepare the requested documents for production. Google believes it will be ready to produce the requested documents within a week of the date of this stipulation—just beyond its existing deadline to respond to the Motion.

13. In an effort to conserve judicial resources, the Parties request additional time for Google to finalize and produce the requested documents.

14. The Parties request that Google's time to respond to the Motion be extended up to and including April 24, 2020, which should provide sufficient time to provide the requested documents and moot the Motion.

15. In the unlikely event that the Motion is not mooted by Google's anticipated production, the Parties furthermore request that the deadline for Plaintiff's reply in support of the Motion likewise be extended, up to and including May 1, 2020.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated:  April 13, 2020 | Respectfully submitted, |
| | /s/ *Mark D. Flanagan* |

Mark D. Flanagan (SBN: 130303)
mark.flanagan@wilmerhale.com
Erin M. Ladd (SBN: 312532)
erin.ladd@wilmerhale.com
 WILMER CUTLER PICKERING
    HALE AND DORR LLP
 950 Page Mill Road
 Palo Alto, California 94304
 Telephone: +1 650 858-6000
 Facsimile: +1 650 858-6100

Jonathan Cedarbaum (*pro hac vice forthcoming*)
jonathan.cedarbaum@wilmerhale.com
 WILMER CUTLER PICKERING
    HALE AND DORR LLP
 1875 Pennsylvania Avenue NW
 Washington, DC 20006
 Telephone: +1 202 663-6000
 Facsimile: +1 202 663-6363

*Attorneys for Third Party Google LLC*

| | |
|---|---|
| Dated:  April 13, 2020 | Respectfully submitted, |
| | /s/ *Todd Logan (by authorization)* |

Rafey S. Balabanian
rbalabanian@edelson.com
Todd Logan
tlogan@edelson.com
Brandt Silver-Korn
bsilverkorn@edelson.com
EDELSON PC
123 Townsend Street, Suite 100
San Francisco, California 94107
Tel: 415.212.93001
Fax: 415.373.9435

 *Attorneys for Plaintiff Sean Wilson*

**[PROPOSED] ORDER**

Pursuant to the above stipulation, Third Party Google LLC shall have until April 24, 2020 to respond to Plaintiff's Motion (1) To Compel Production Of Documents By Third Party Google LLC, and (2) For Transfer Motion To Western District Of Washington Pursuant To Fed. R. Civ. P. 45(F), and Plaintiff shall have until May 1, 2020 to file a reply.

**IT IS SO ORDERED.**

Dated: April _____, 2020

_____
The Honorable Susan van Keulen