UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN WILSON,<br><br>            Plaintiff,<br><br>     v.<br><br>PTT, LLC,<br><br>            Defendant. | Case No.  20-mc-80058-SVK<br><br>**ORDER TERMINATING MOTION TO COMPEL PURSUANT TO VOLUNTARY DISMISSAL; DIRECTING CLERK TO CLOSE CASE**<br><br>Re: Dkt. No. 1 |

In light of the notice of voluntary dismissal filed by Plaintiff Sean Wilson (Dkt. 21), Plaintiff's motion to compel or transfer (Dkt. 1) is terminated.  The Clerk shall close this case.

**SO ORDERED.**

Dated: April 24, 2020

SUSAN VAN KEULEN
United States Magistrate Judge